1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELGA LARIOS and SANDY MARIELA GALDAMEZ ORELLANA,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:21-cv-07124-JAK-SK<br><br>**ORDER RE JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE (DKT. 27)** |

Based on a review of the parties' Joint Stipulation and Order for Dismissal with Prejudice (the "Stipulation" (Dkt. 27)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The entire

/ /

/ /

action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: August 1, 2022

_____
John A. Kronstadt
United States District Judge